# United States Court of Appeals
## For the First Circuit

---

No. 08-2587

THOMAS SUTLIFFE; DONALD SISSON; LEO GRIMARD; NANCY LEE GRIMARD; RENEE VICTORIA; EPPING RESIDENTS FOR PRINCIPLED GOVERNMENT, INC.,

Plaintiffs, Appellants,

v.

EPPING SCHOOL DISTRICT; TOWN OF EPPING; BARBARA D. MUNSEY, Superintendent of Schools, Administrative Unit #14; HAROLD K. LAPIERRE, Moderator, Town of Epping School District; SUSAN MCGEOUGH, Member, Town of Epping Board of Selectmen; THOMAS GAUTHIER, Member, Town of Epping Board of Selectmen; CHRISTOPHER MURPHY, Member, Town of Epping Board of Selectmen; KIM SULLIVAN, Member, Town of Epping Board of Selectmen; MARCI MORRIS, Chair, Epping School Board; JEFFREY NOLLETT, Member, Epping School Board; SUSAN KIMBALL, Member and Chair, Epping School Board; PAMELA TIBBETTS, Member and Chair, Epping School Board; SCOTT BOOTH, Member, Epping School Board; ROBERT LONEK, Member, Epping School Board; JEFFREY LEDUC, Member, Epping School Board; MARK A. VALLONE, Principal, Epping Elementary School,

Defendants, Appellees.

---

**ERRATA SHEET**

The opinion of this Court issued on September 17, 2009, is amended as follows:

On page 26, line 21, "Plaintiffs claim" should instead be "Plaintiffs' claim"

On page 35, line 14, the second "of any" should be deleted